No. 12–8156. RIVERA-HERNANDEZ, AKA HERNANDEZ-PAVON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 12–8165. EMANUEL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–8166. CRUZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–8169. CIOTA *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 12–8181. COMPTON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–8186. OWENS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–8187. ORR *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 12–8188. SHIFU LIN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–8189. SALINAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–8194. SAKYI *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–8196. CREWS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–8197. DAVIS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–8207. BUNDY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–8209. TUCKER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 12–8210. JONES *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 12–8211. KOLEHMAINEN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.